# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 23-2356

_____

UNITED STATES OF AMERICA

v.

TYRONE MITCHELL, a/k/a FOX,

Appellant

_____

(D.C. No. 2-12-cr-00172-001)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  KRAUSE, BIBAS, and AMBRO, *Circuit Judges*

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted.  The Clerk is directed to file the amended opinion contemporaneously with this order.  As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

BY THE COURT,


s/ Stephanos Bibas
Circuit Judge

Dated: October 23, 2024
Tmm/cc: Peter Goldberger, Esq.
        Robert A. Zauzmer, Esq